379 A.2d 608

Commonwealth v. Shaheen, Appellant.

Submitted November 8, 1976. Bruce A. Carsia, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.